UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SANDRA SANCHEZ, on behalf of herself and all others similarly situated,<br><br>                Plaintiffs,<br><br>-against-<br><br>FINANCIAL RECOVERY SERVICES, INC.,<br><br>                Defendant. | Case No. 1:17-cv-07286-MKB-RER<br><br>**STIPULATION OF SETTLEMENT AND DISMISSAL** |

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and their respective counsel, that the above-entitled action against Defendant shall be and hereby is dismissed with prejudice and without costs, or disbursements, or attorneys' fees to any party, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Dated:    Brooklyn, New York
             March 7, 2018

| | |
|---|---|
| By: /s/ Joseph H. Mizrahi<br>Joseph H. Mizrahi, Esq.<br>Joseph H. Mizrahi Law, P.C.<br>300 Cadman Plaza West, 12th Floor<br>Brooklyn, New York 11201<br>(917) 299-6612<br>Fax: (718) 425-8954<br>Joseph@Jmizrahilaw.com<br>*Attorney for Plaintiff* | By: /s/ Michael T. Etmund<br>Michael T. Etmund, Esq.<br>Moss & Barnett<br>150 South Fifth Street, Suite 200<br>Minneapolis, MN 55402<br>(612) 877-5269<br>Fax: (612) 877-5050<br>Mike.Etmund@lawmoss.com<br>*Attorney for Defendant* |

SO ORDERED:
s/ MKB 3/12/2018

_____
MARGO K. BRODIE
United States District Judge